Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Eliseo Cuellar–Isaguirre (Cuellar) has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cuellar has filed a response, arguing that his criminal history was incorrectly calculated, that his base offense level was improperly enhanced for aggravated felonies despite the absence of such felonies in his criminal history, and that his trial attorney provided ineffective assistance by not challenging these facts at sentencing.

Our independent review of the brief, Cuellar's response, and the record discloses no nonfrivolous issue for appeal. To the extent that Cuellar raises claims of ineffective assistance of counsel, the record is not adequately developed for us to consider this issue on appeal. *See United States v. Higdon,* 832 F.2d 312, 314 (5th Cir.1987). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Miguel Angel CONTRERAS–ARAIZA,**
**Defendant–Appellant.**

No. 03–51011.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 28, 2004.

Joseph H Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard Wayne Harrison, Shelli F. Wakefield, Fritz, Byrne, Head & Harrison, Austin, TX, for Defendant–Appellant.

---

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Miguel Angel Contreras–Araiza (Contreras) has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Contreras was notified of counsel's motion and did not file a response. Our independent review of the briefs and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.